202 So.2d 48

**Louis BETHUNE**

v.

**STATE.**

**1 Div. 441.**

Supreme Court of Alabama.

Aug. 24, 1967.

Matranga, Hess & Sullivan, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and W. F. Miller, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Louis Bethune for certiorari to the Court of Appeals to review and revise the judgment and decision in Bethune v. State, 44 Ala.App. 30, 202 So.2d 46 (1 Div. 96.)

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

206 So.2d 897

**Eugene BIRGE**

v.

**STATE.**

**4 Div. 310.**

Supreme Court of Alabama.

Feb. 8, 1968.

Farmer & Farmer, Dothan, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Eugene Birge for certiorari to the Court of Appeals to review and revise the judgment and decision in Birge v. State, 44 Ala.App. 226, 206 So.2d 894.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.